ROBERT L. CUTTING, Jr., as Receiver of the Bankers' and Brokers' Association, Plaintiff, *v.* W. G. DAMEREL, Defendant.

Re-argument ordered.

Mem. Per Curiam.

EDWARD COPPERS and others, Respondent, *v.* THE TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Appellants.

Order reversed, with $10 costs and disbursements, and injunction dissolved.

Opinion by Barrett, J.

GEORGE E. PALMER, as Executor, etc., Respondent, *v.* THE PHŒNIX MUTUAL LIFE INSURANCE COMPANY, Appellant.

Judgment affirmed, with costs.

Opinion by Brady, J.

WILLIAM S. LIVINGSTON, Jr., and another, as Executors, &c., of Ernest L. McCrackan, Deceased, Respondents, *v.* ST. JOSEPH'S HOME FOR THE AGED, etc., and WILLIAM GORDON, Appellants, impleaded with THE SOCIETY FOR THE RELIEF OF THE DESTITUTE BLIND, etc., and another, Respondents.

Judgment affirmed, with costs.

Opinion Per Curiam.

MALCOLM KERR, Respondent, *v.* EDITH KERR, Appellant.

Judgment reversed, with costs of the appeal; judgment directed dismissing complaint without costs in the court below.

Opinion by Davis, P. J.

JOSEPH MORSE, Jr., Respondent, *v.* ALPHA MORSE, Appellant, Impleaded, etc.

Order modified as directed in opinion, and as modified affirmed without costs.

Opinion by Barrett, J.